UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States

v.                              Case No. 07-cr-130-01-SM

Corey Donovan

ORDER

Re: Document No. 97, Motion for Relief from Judgment

Ruling: Denied. Although cast as a motion for relief from
judgment, the motion challenges the legality of defendant's
underlying sentence, and, as such, it is properly construed as a
motion for relief under the provisions of 28 U.S.C. § 2255.
Trenkler v. United States, 536 F.3d 85, 97 (1st Cir. 2008) quoting
Melton v. United States, 359 F.3d 855, 857 (7th Cir. 2004) ("Any
motion filed in the district court that imposed the sentence, and
substantively within the scope of § 2255 . . . is a motion under
§ 2255, no matter what title the prisoner plasters on the cover.");
see also Rodwell v. Pepe, 324 F.3d 66, 70 (1st Cir. 2003). By order
dated June 24, 2009, petitioner was advised of the provisions of
section 2255, yet he waited until May 25, 2010, to sign (and
presumably deliver to prison officials for mailing) his motion for
relief. A motion for relief under section 2255, however, must be
filed within one year after the conviction becomes final (28
U.S.C. § 2255(1)). The conviction in this case became final on
March 24, 2009. Accordingly, the petition is untimely and must be
dismissed.

Steven J. McAuliffe
Chief Judge

Date: June 22, 2010

cc: Corey Donovan
    Terry Ollila, AUSA
    Liam Scully, Esq.
    US Probation
    US Marshal